# UNITED STATES COURT OF APPEALS
## For the Fifth Circuit

---

No. 97-20037

---

NATIONSBANK OF TEXAS, N.A. and
THE BANK OF NEW YORK, as Successor Indenture Trustee,

Plaintiffs-Appellants,

VERSUS

THE MCGRAW-HILL COMPANIES, INCORPORATED, INC.,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Southern District of Texas

(H-94-CV-882)

---

January 5, 1998

Before WISDOM, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We have reviewed the briefs and the record. We have heard the arguments of counsel regarding this appeal. The district court committed no reversible error. The judgment is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.